UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                                :   **ORDER ACCEPTING**
v.                                  :   **PLEA ALLOCUTION**
                                                :
NESTOR SANTOS,                      :   24 CR 627 (VB)
                Defendant.         :
--------------------------------------------------------x

        The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated November 1, 2024, is approved and accepted, and the defendant is adjudged guilty of Count One of the information.

        The Clerk is directed to enter the guilty plea.

Dated: December 13, 2024
       White Plains, NY

                                                    SO ORDERED:

                                                    /s/ Vincent L. Briccetti
                                                    Vincent L. Briccetti
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/24